# UNITED STATES AIR FORCE COURT OF CRIMINAL APPEALS

## UNITED STATES

**v.**

### Airman First Class RODNEY L. EYSTER
### United States Air Force

### ACM S32166

### 11 March 2014

Sentence adjudged 7 June 2013 by SPCM convened at Joint Base Andrews, Maryland. Military Judge: Michael A. Lewis (sitting alone).

Approved Sentence: Bad-conduct discharge, confinement for 100 days, and reduction to E-1.

Appellate Counsel for the Appellant: Major Lucy H. Carrillo.

Appellate Counsel for the United States: Colonel Don M. Christensen.

Before

HARNEY, WEBER, and PELOQUIN
Appellate Military Judges

This opinion is subject to editorial correction before final release.

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to the substantial rights of the appellant occurred. Article 66(c), UCMJ, 10 U.S.C. § 866(c); *United States v. Reed*, 54 M.J. 37, 41 (C.A.A.F. 2000). Accordingly, the approved findings and sentence are AFFIRMED.

FOR THE COURT

STEVEN LUCAS
Clerk of the Court